No. 79–2059. AMERICAN ELECTRIC POWER Co., INC., ET AL. *v.* CITY OF MISHAWAKA, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 80–174. CALIFORNIA *v.* PATRICK STEVEN W. Ct. App. Cal., 2d App. Dist. Certiorari denied. THE CHIEF JUSTICE would grant certiorari and reverse the judgment. JUSTICE BLACKMUN would grant certiorari and set case for oral argument.

No. 80–233. MICHIGAN *v.* WALTON. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.